QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KELVIN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-435 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| KELVIN BROWN, ) | Date: December 16, 2005 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kelvin Brown, that the status conference scheduled for December 16, 2005, may be continued to January 13, 2006, at 10:00 a.m.

Mr. Brown was arraigned in federal court on December 1, 2005, on charges that had been pending in state court for 18 months. In order to have time to investigate the circumstances of the underlying case and to examine the state court record, defense counsel seeks additional preparation time. For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this

1  order through January 13, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender
5

6  Dated: December 11, 2005                /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for Kelvin Brown
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated: December 11, 2005                /s/ T. Zindel for A. Pings
                                           ANNE PINGS
12                                         Assistant U.S. Attorney

13

14                                  **O R D E R**

15      The status conference is continued to January 13, 2006, at 10:00 a.m.  For
16 the reasons set forth above, the court finds that the ends of justice to be
17 served by a continuance outweigh the best interests of the public and the
18 defendant in a speedy trial and therefore excludes time under the Speedy Trial
19 Act through January 13, 2006.
20      IT IS SO ORDERED.
21
22 Dated: December 12, 2005                 /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
23                                          United States District Judge
24
25
26
27
28

Stip. in U.S.A. v. K. Brown              2