DENNIS S. WAKS, Bar #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KELVIN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-435 EJG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| KELVIN BROWN, | Date: January 13, 2006 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kelvin Brown, that the status conference scheduled for January 13, 2006, may be continued to February 10, 2006, at 10:00 a.m.

Defense counsel continues to investigate the case on behalf of Mr. Brown and to explore the possibility of filing pretrial motions and to consider an early resolution of this case, which was pending in state court for 18 months before it was filed by the United States.  In order to have adequate time to investigate the circumstances of the underlying case and to examine the state court record, defense counsel seeks additional preparation time.  For this reason, the parties agree that the ends of justice to be served by a continuance

outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through February 10, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DENNIS S. WAKS
                                        Acting Federal Defender

Dated: January 12, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for Kelvin Brown


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: January 12, 2006                 /s/ T. Zindel for A. Pings
                                        ANNE PINGS
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to February 10, 2006, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 10, 2006.

IT IS SO ORDERED.

```
Dated: January 11, 2006                 /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge
```

Stip. in U.S.A. v. K. Brown             2