Received at: 10:43AM, 5/30/2006

MAY-30-2006 09:37 FROM:US ATTORNEY          916 554 2913          TO:USDC EASTERN CA          P.2/2

# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| United States v. Kelvin Brown | May 30, 2006       c/EJG |

To

Colleen Lydon
Courtroom Deputy to the
Honorable Edward J. Garcia

From

Anne Pings
Assistant United States Attorney

05CR435 EJG

Mr. Brown is currently scheduled to be sentenced on June 30, 2006. Unfortunately, I will be out of the country at that time. Defendant and his counsel, Mr. Zindel, have graciously agreed to move the sentencing until July 21, 2006.

Thank you for your assistance. Please don't hesitate to contact me at 554-2785 if you have any questions.

cc:     Tim Zindel
        Phil Mizutani (Probation)



IT IS SO ORDERED

EJG

6/1/06